**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| XZAVEON MARKESE PEETE, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:23-cv-1336 |
| | ) | Judge Trauger |
| CORE CIVIC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 23, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 18), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice against defendants Sergeant Lopez, John Doe 4, and Core Civic pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to procecute. In addition, this case is DISMISSED without prejudice against John Does 1-3 pursuant to Rule 4(m) of the Federal Rules of Civil Procedure for failure to effect service on these defendants within 90 days after the complaint was filed.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge